## 64181. NADEL et al. v. SOUTHERN NATURAL GAS COMPANY.

McMURRAY, Presiding Judge.

After plenary consideration of this matter it is not found to satisfy the criteria for granting the interlocutory appeal. The order granting the application is therefore vacated and the appeal is accordingly dismissed.

*Appeal dismissed. Banke and Birdsong, JJ., concur.*

DECIDED JULY 13, 1982.

*Ross Arnold, Alton H. Hopkins,* for appellants.
*Ralph A. Pitts, Charles Tisdale,* for appellee.